UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

                                            Case Number 07-20625-BC
                                            Honorable Thomas L. Ludington

v.

D-8 JOSHUA LYNN MECOMBER,

        Defendant.

_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION, ACCEPTING
DEFENDANT'S PLEA OF GUILT AS TO COUNT ONE, AND TAKING THE RULE 11
PLEA AGREEMENT UNDER ADVISEMENT**

      A plea hearing was conducted on March 25, 2009, by United States Magistrate Judge Charles E. Binder pursuant to the defendant's consent.  The magistrate judge issued his report on April 7, 2009, recommending that this Court accept the defendant's plea of guilty.  As of today's date, no party has filed any objections to the magistrate judge's report and recommendation.  The failure to file objections to the report and recommendation waives any further right to appeal. *Smith v. Detroit Fed'n of Teachers Local 231*, 829 F.2d 1370, 1373 (6th Cir. 1987).  Likewise, the failure to object to the magistrate judge's report releases the Court from its duty to independently review the record. *Thomas v. Arn*, 474 U.S. 140, 149 (1985).  However, the Court agrees with the findings and conclusions of the magistrate judge.

      Accordingly, it is **ORDERED** that the magistrate judge's report and recommendation [Dkt # 226] is **ADOPTED**.

It is further **ORDERED** that the defendant's plea of guilt as to count one is **ACCEPTED**, and the Rule 11 Plea Agreement [Dkt. # 210] is taken **UNDER ADVISEMENT**.

                                             s/Thomas L. Ludington
                                             THOMAS L. LUDINGTON
                                             United States District Judge

Dated: April 30, 2009

---

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on April 30, 2009.

                               s/Tracy A. Jacobs
                               TRACY A. JACOBS